UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP KNIGHT | CIVIL ACTION |
| VERSUS | NO.: 08-3727 |
| PAUL D. CONNICK, JR. | SECTION "A" (6) |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date that the petitioner has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the petition is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 25thday of July, 2008.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE